PATENT 6,611,686

INVENTOR:  JOSEPH D. SMITH

PRIORITY DATE:  FEBRUARY 9, 1999

TRACKING CONTROL AND LOGISTICS SYSTEM AND METHOD

CLAIM 3

| Claim 3 of '686 Patent | Infringed:  Literally and DOE |
|---|---|
| A method for monitoring a plurality of targets, said plurality of targets having at least first and second variables to be monitored and having at least first and second items to be controlled, said first and second variables being selectively different for different of said plurality of targets, said first and second items to be controlled being selectively different for different of said plurality of targets, said method comprising: | "VeriWise TRUCKING not only gives you precise location information on your trailers – more importantly, it keeps you informed of what's happening in and around your trucking assets, enabling you to manage exceptions and drive productivity in your fleet." |
| | "With VeriWise cellular- and satellite-based solutions, you'll know exactly where and when a trailer starts and stops, and if a door is opened en route. You'll know when a trailer is a pre-defined distance from a location or destination with advanced landmarking functionality."  http://www.ge.com/ equipmentservices/assetintelligence/ solutions/segments/ trucking/index.html |
| | An example list of variables that can be monitored such as battery status, cargo, doors, locks, truck ID, brakes, etc .may be found on GE's website. See, e.g., http://www.geassetintelligenceeu.com/ cold-chain/cold-chain-details/ |
| | Other variables that may be monitored are Lights, A/EBS, Reefer DC/DC and associated ports or cables as shown in Product Datasheet SG 100. |
| | "GE VeriWise™ allows you to maintain control of your assets and freight, and make timely, well-informed decisions that can boost profits, improve business performance and set a new standard in your customer service. " http://www.geassetintelligenceeu.com/ |
| | Examples of items to be controlled are below. |
| | "Through GE's official partnership with leading reefer manufacturers, Carrier Transicold and Thermo King, GE VeriWise™ has compatibility with current reefer equipment by the unique protocol integration between our modem and reefer controllers *. " |

| | |
|---|---|
| | http://www.geassetintelligenceeu.com/cold-chain/cold-chain-details/ |
| | Both Thermo King and Carrier also have designed their refrigeration units to allow for two-way communication. This feature allows a fleet manager to remotely control tasks such as starting the unit, selecting temperature set points or running diagnostic routines." http://www.etrucker.com/apps/news/article.asp?id=60030 |
| | "GE Launches Next Generation VeriWise Web Interface"  "**Security** Features-Trailers can be locked down instantly,"  http://rentge.com/news/NPTC%20-%20GE_VW-WebInterface.pdf |
| | "By using the GE Veriwise trailer-tracking system, the company places geofences around certain corridors of theft, such as Georgia, to alert dispatchers when loads enter the area. Tabor also uses geofencing to lock down trailers at any location where drivers have to stop." http://www.etrucker.com/apps/news/article.asp?id=63749 |
| | VeriWise also allows the customer to do over the air configuration, controlling the Module Schedule Configuration, Module Reefer Configuration. http://www.ge.com/equipmentservices/assetintelligence/solutions/ |
| | segments/trucking/cold_chain/index.html |
| | "For VeriWise customers, the newest features include the ability to remotely configure polling reports . . ., turn on emergency tracking . . . and define  and grant access rights . . . ."  "New Online Tools Speed Decision-making for VeriWise Customers"  Press Release |
| | "Whether you have a trailer, rail car or container, our telematics system provides remote monitoring and diagnostics of your assets and freight via a user web interface – tailor made to fit your business."  http://www.geassetintelligenceeu.com/ |
| attaching a transceiver with an antenna to each of said plurality of targets; | **"GSM/GPRS Cellular Network or Satellite (One or Two-way)" http://www.geassetintelligenceeu.com/technology/** |
| | "GE Asset Intelligence has released a new |

| | |
|---|---|
| | GPRS/GPS based modem technology with wireless sensors."<br> http://www.geassetintelligenceeu.com/new-product-launch/<br><br>**See for example, Product Datasheet: DG 100 along with other modem data sheets**<br><br>**See diagram at http://www.geassetintelligenceeu.com/technology/** |
| providing a configurable electrical interface with a plurality of ports for each of said plurality of targets for interfacing between said transceiver and said first and second variables to be monitored and said first and second items to be controlled; | **See for example:  Product Datasheet DG 100, "Technical Specifications"  Sensors**<br><br>**SATS 200, SATS 100, SC 200S**<br><br>**GE describes its product as follows:  "Over the air software upgradeable and configurable**" http://www.geassetintelligenceeu.com/new-product-launch/<br><br>The product datasheets show a modem/transceiver interfacing with wireless sensors which can be configured to monitor a number of variables such as doors, brakes, mileage, temperature and locks. See also, http://www.geassetintelligenceeu.com/on-time/on-time-details/ |
| entering definition data into a database to define said first and second variables whereby said definition data selectively varies between said plurality of targets, said definition data comprises a configuration of said plurality of ports which are selectively electrically connected with respect to said first and second variables to be monitored and said first and second items to be controlled, said definition for said configuration of said plurality of ports being selectively variable between said plurality of targets; | The GE VeriWise product includes a GE server as shown on GE's website. http://www.geassetintelligenceeu.com/technology/. The GE server may be accessed by the End User/GE customer via the GE Web Interface.  This web interface allows the End User to access the monitored information.  In order to enable the End User to access the monitored information, definition data must be entered into the database to define the variables being monitored and the targets being monitored for a particular customer.<br><br>"Through GE's official partnership with leading reefer manufacturers, Carrier Transicold and Thermo King, GE VeriWise™ has compatibility with current reefer equipment by the unique protocol integration between our modem and reefer controllers *. " http://www.geassetintelligenceeu.com/cold-chain/cold-chain-details/<br><br>Both Thermo King and Carrier also have designed |

3

| | |
|---|---|
| | their refrigeration units to allow for two-way communication. This feature allows a fleet manager to remotely control tasks such as starting the unit, selecting temperature set points or running diagnostic routines." http://www.etrucker.com/apps/news/article.asp?id=60030 |
| | "GE Launches Next Generation VeriWise Web Interface"   "**Security** Features-Trailers can be locked down instantly," http://rentge.com/news/NPTC%20-%20GE_VW-WebInterface.pdf |
| | "By using the GE Veriwise trailer-tracking system, the company places geofences around certain corridors of theft, such as Georgia, to alert dispatchers when loads enter the area. Tabor also uses geofencing to lock down trailers at any location where drivers have to stop." http://www.etrucker.com/apps/news/article.asp?id=63749 |
| receiving data through a wireless network from said transceiver, interpreting said received data based on said definition data in said database; | **See Diagram at http://www.geassetintelligenceeu.com/technology/** |
| connecting to said database through an Internet connection with a personal computer to receive said interpreted data; | **End User GE Web Interface** **http://www.geassetintelligenceeu.com/technology/** "Information can be delivered through our user interface &/or by server based data transfer" http://www.geassetintelligenceeu.com/why-veriwise/ ?tx_ncleadme_pi1%5BqUid%5D=5&cHash=a75acf8908 |
| and sending control information from said personal computer through said Internet connection for transmission through said wireless network for selectively operating said first and second items to be controlled. | "Through GE's official partnership with leading reefer manufacturers, Carrier Transicold and Thermo King, GE VeriWise™ has compatibility with current reefer equipment by the unique protocol integration between our modem and reefer controllers *. " http://www.geassetintelligenceeu.com/cold-chain/cold-chain-details/ Both Thermo King and Carrier also have designed |

| | |
|---|---|
| | their refrigeration units to allow for two-way communication. This feature allows a fleet manager to remotely control tasks such as starting the unit, selecting temperature set points or running diagnostic routines." http://www.etrucker.com/apps/news/article.asp?id=60030 |
| | "GE Launches Next Generation VeriWise Web Interface"  "**Security** Features-Trailers can be locked down instantly," http://rentge.com/news/NPTC%20-%20GE_VW-WebInterface.pdf |
| | "By using the GE Veriwise trailer-tracking system, the company places geofences around certain corridors of theft, such as Georgia, to alert dispatchers when loads enter the area. Tabor also uses geofencing to lock down trailers at any location where drivers have to stop." http://www.etrucker.com/apps/news/article.asp?id=63749 |
| | By using the GE Veriwise trailer-tracking system, the company places geofences around certain corridors of theft, such as Georgia, to alert dispatchers when loads enter the area. Tabor also uses geofencing to lock down trailers at any location where drivers have to stop." http://www.etrucker.com/apps/news/article.asp?id=63749 |
| | VeriWise also allows the customer to do over the air configuration, controlling the Module Schedule Configuration, Module Reefer Configuration. http://www.ge.com/equipmentservices/assetintelligence/solutions/ |
| | segments/trucking/cold_chain/index.html |
| | "For VeriWise customers, the newest features include the ability to remotely configure polling reports . . ., turn on emergency tracking . . . and define  and grant access rights . . . ."  "New Online Tools Speed Decision-making for VeriWise Customers"  Press Release |
| | "Whether you have a trailer, rail car or container, our telematics system provides remote monitoring and diagnostics of your assets and freight via a user web interface – tailor made to fit your business."  http://www.geassetintelligenceeu.com/ |