# PATENT 6,611,686
## INVENTOR: JOSEPH D. SMITH
## PRIORITY DATE: FEBRUARY 9, 1999
### TRACKING CONTROL AND LOGISTICS SYSTEM AND METHOD
### CLAIM 1

| Claim 1 of '686 Patent | Infringed: Literally and DOE |
|---|---|
| A monitoring device for monitoring a target, comprising: | "VeriWise TRUCKING not only gives you precise location information on your trailers –more importantly, it keeps you informed of what's happening in and around your trucking assets, enabling you to manage exceptions and drive productivity in your fleet."<br><br>"With VeriWise cellular- and satellite-based solutions, you'll know exactly where and when a trailer starts and stops, and if a door is opened en route. You'll know when a trailer is a pre-defined distance from a location or destination with advanced landmarking functionality." http://www.ge.com/equipmentservices/assetintelligence/solutions/segments/trucking/index.html |
| a microcontroller programmed for operating said monitoring device, said microcontroller having no port that allows access for reading programing of said microcontroller; | See Product Datasheet SG 100. Smith needs further information from GE to make a definitive determination on this element. Based on the information available, it appears that GE's controller does not have a port that allows access for reading its programming. |
| a wireless transceiver operable for communicating with a wireless network; | **"GSM/GPRS Cellular Network or Satellite (One or Two-way)"**<br>**http://www.geassetintelligenceeu.com/technology/**<br><br>"GE Asset Intelligence has released a new GPRS/GPS based modem technology with wireless sensors." http://www.geassetintelligenceeu.com/new-product-launch/<br><br>**See for example, Product Datasheet: DG 100 along with other modem data sheets**<br><br>**See diagram at http://www.geassetintelligenceeu.com/technology/** |
| a modem for interfacing with said wireless transceiver for communicating over said wireless network; | **See for example, Product Datasheet: DG 100 along with other modem data sheets**<br>**See diagram at** |

| | |
|---|---|
| | **http://www.geassetintelligenceeu.com/technology/** |
| a global positioning sensor; | "Knowing where your assets are is important - in fact vital - to effectively managing your fleet. Adding a tracking solution to your fleet is the best way to arm yourself with the knowledge you need on a daily basis to keep your fleet fully utilized and profitable." |
| | See diagrams at http://www.geassetintelligenceeu.com/technology/ |
| | And http://www.trailer-services.com/veriwise/how.html |
| | "**GPS (global positioning system) satellites** continuously transmit signals that can be interpreted by special devices to help determine location. To get an accurate location fix, the VeriWise� **tracking device** collects signals from multiple GPS satellites. The location is calculated by the VeriWise� device at the trailer and transmitted through the **ORBCOMM low-earth orbit satellite** and **gateway earth station** to a **Network Control Center** and ultimately to **your computer system**. The data is visible through the GE-Trailer Fleet Services Premier Services web interface or can be send directly to your computer system via **XML data exchange**."  http://www.trailer-services.com/veriwise/how.html |
| an interface between said monitoring device and said target for communicating signals relating to said target; | **See for example:  Product Datasheet DG 100, "Technical Specifications"  Sensors** **SATS 200, SATS 100, SC 200** **SGE describes its product as follows:  "Over the air software upgradeable and configurable**" http://www.geassetintelligenceeu.com/new-product-launch/ |
| | The product datasheets show a modem/transceiver interfacing with wireless sensors which can be configured to monitor a number of variables such as doors, brakes, mileage, temperature and locks.  See also, http://www.geassetintelligenceeu.com/on-time/on-time-details/ |
| one or more inputs to said monitoring device from said target; | **See for example:  Product Datasheet DG 100, "Technical Specifications"  Sensors** **SATS 200, SATS 100, SC 200** **SGE describes its product as follows:  "Over the air software upgradeable and configurable**" |

| | |
|---|---|
| | http://www.geassetintelligenceeu.com/new-product-launch/ |
| | The product datasheets show a modem/transceiver interfacing with wireless sensors which can be configured to monitor a number of variables such as doors, brakes, mileage, temperature and locks. See also, http://www.geassetintelligenceeu.com/on-time/on-time-details/ |
| and one or more outputs from said monitoring device to said target, said one or more inputs and said one or more outputs being individually selectable from a plurality of inputs to said target and a plurality of outputs from said monitoring device during installation of said monitoring device to said target such that each of said one or more inputs and each of said one or more outputs are identified as to their nature and stored in a database for each of a plurality of monitoring devices. | The GE VeriWise product includes a GE server as shown on GE's website. http://www.geassetintelligenceeu.com/technology/. The GE server may be accessed by the End User/GE customer via the GE Web Interface. This web interface allows the End User to access the monitored information. In order to enable the End User to access the monitored information, definition data must be entered into the database to define the variables being monitored and the targets being monitored for a particular customer.<br><br>**See for example: Product Datasheet DG 100, "Technical Specifications" Sensors**<br><br>**SATS 200, SATS 100, SC 200** |