# PATENT 6,611,686

## INVENTOR: JOSEPH D. SMITH

## PRIORITY DATE: FEBRUARY 9, 1999

### TRACKING CONTROL AND LOGISTICS SYSTEM AND METHOD

### CLAIM 40

| Claim 40 of '686 Patent | Infringed: Literally and DOE |
|---|---|
| The monitoring system of claim 29, further comprising: | |
| at least a portion of said plurality of targets being a plurality of transport vessels, said database being operable for storing vessel location information. | **VeriWise MARINE**<br><br>VeriWise MARINE does more than give you location information on your container assets – it helps you reduce downtime, monitor and manage the environment in and around your containers, and increase the availability and reliability of your entire marine container fleet. On-demand data generated by real-time tracking and monitoring applications provide end-to-end visibility on your reefer containers and their cargo, helping you optimize marine transportation for your organization.<br><br>http://www.ge.com/equipmentservices/assetintelligence/solutions/segments/marine/index.html |